# United States District Court

**CENTRAL**     **DISTRICT OF**     **CALIFORNIA**

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**One 2014 Mercedes Benz, California License 7SBW151;
VIN: WDDHF0EB2EA876734.**

**SEIZURE WARRANT**

**CASE NUMBER: 8:18-MJ-00645**

TO: <u>The Federal Bureau of Investigation</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Jessie T. Murray</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**One 2014 Mercedes Benz, California License 7SBW151; VIN: WDDHF0EB2EA876734**

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(b) and 18 U.S.C. § 981(a)(1)(C)

concerning a violation of Title <u>21</u> United States Code, Section(s) <u>1343, 1956(c)(7)(A) and 1961(1).</u>

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant through a filing with the Clerk's Office. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out above.

12/12/18 at 4:15 p.m.
**Date and Time Issued**

Santa Ana, California
**City and State**

**Honorable Karen E. Scott, U. S. Magistrate Judge**
**Name and Title of Judicial Officer**

*/s/ Karen E. Scott*
**Signature of Judicial Officer**

AUSA Brent A. Whittlesey:ame

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>12/12/18 | DATE AND TIME WARRANT EXECUTED<br>12/13/18  11:30am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Jana Sottile |
| INVENTORY MADE IN THE PRESENCE OF<br>Jana Sottile |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br>2014 Mercedes Benz, California License Plate Number 7SBW151, VIN: WDDHF0EB2EA 876734 |||

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.

Date: 12/13/18

_Executing Officer's Signature_

Jessie T. Murray, Special Agent
_Printed Name and Title_